UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STROUD: LASHONNE-LETIA, Sui Juris,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ENGJELLUSH KLOSI, SERGEANT ERIC FOURNIER, and Does 1-10, whose identities are presently unknown,<br><br>　　　　　　Defendants. | NO.  2:25-cv-00128-JHC<br><br>ORDER |

　　　THIS MATTER comes before the Court on pro se Plaintiff's "Motion for Protective Order to Prevent Retaliation or Harassment." Dkt. # 9. Plaintiff cites Federal Rule of Civil Procedure 26(c), which concerns discovery, but the motion does is not related to discovery. Rather, it seeks equitable relief. But Plaintiff does not present a legal basis (procedural or substantive) or a factual basis for the relief requested. Accordingly, the Court DENIES the motion.

/

/

/

ORDER - 1
(USDC C25-128-JHC)

DATED this 9th day of April, 2025.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE