UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STROUD: LASHONNE-LETIA, Sui Juris,<br><br>Plaintiff,<br><br>vs.<br><br>ENGJELLUSH KLOSI, SERGEANT ERIC FOURNIER, and Does 1-10, whose identities are presently unknown,<br><br>Defendants. | NO.  2:25-cv-00128-JHC<br><br>ORDER |

**Introduction**

This matter comes before the Court on Plaintiff's Motion to Deny Qualified Immunity for Sergeant Eric Fournier, Dkt. # 10, and discovery requests that were filed as a motion, Dkt. # 11.  The Court has reviewed the materials filed in support of and in opposition to the motions, the rest of the file, and the governing law.   For the reasons discussed below, the Court DENIES the motion at Dkt. # 10 without prejudice and STRIKES the discovery requests at Dkt. # 11.

//

//

ORDER - 1

### Motion Regarding Qualified Immunity

As suggested by Defendant Fournier, Plaintiff's request to deny him qualified immunity appears premature. *See* Dkt. # 15. Furthermore, the motion does not cite a procedural basis for the request; for example, Federal Rule of Civil Procedure 12 or 56. Plaintiff may still argue later that Defendant Fournier is not entitled to qualified immunity.

### Discovery Requests

As Defendant Fournier points out, the filing of these discovery requests violates Federal Rule of Civil Procedure 5(d)(1)(A). *See* Dkt. # 16. Also, included in the filing is a motion to compel compliance with a subpoena, but there is no suggestion that such an issue is ripe, i.e., no indication of noncompliance with a valid subpoena.

### Conclusion

For these reasons, the Court DENIES without prejudice Plaintiff's motion regarding qualified immunity and STRIKES the discovery requests. The Court understands Plaintiff is self-represented and encourages Plaintiff to review applicable Federal Rules of Civil Procedure and the Local Civil Rules of this District.

DATED this 16th day of April, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER - 2