UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STROUD: LASHONNE-LETIA, Sui Juris,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ENGJELLUSH KLOSI, SERGEANT ERIC FOURNIER, and Does 1-10, whose identities are presently unknown,<br><br>                    Defendants. | NO.  2:25-cv-00128-JHC<br><br>ORDER |

Before the Court is Plaintiff's Request for Clerk's Entry of Default.  Dkt. # 22.  For the reasons set for in the response to the request, Dkt. # 32 (explaining lack of proper service), the Court DENIES the request.

DATED this 23rd day of April, 2025.

_John H. Chun_

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER - 1
(USDC C25-128-JHC)