UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LASHONNE-LETIA STROUD,<br><br>Plaintiff,<br><br>v.<br><br>ENGJELLUSH KLOSI, et al.,<br><br>Defendants. | CASE NO. 25-cv-00128-JHC<br><br>ORDER |

On May 2, 2025, the Court ordered Plaintiff to show cause why this matter action should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m). Dkt. # 45 at 2.

Plaintiff claims to have served Defendant Fournier by serving a Deputy Auditor of Snohomish County. Dkt. ## 6 at 2; 47 at 1. But Plaintiff does not explain—nor is the Court aware—how that would constitute valid service. *See* Fed. R. Civ. P. 4(e); RCW 4.28.080(16).

Plaintiff also claims that, because both Defendants have actual notice of the lawsuit, and have appeared through counsel, she is somehow excused from the service requirement. But Plaintiff does not cite any authority to support this position, nor is the Court aware of any. And notably, defense counsel's notices of appearance reserve the defense of insufficiency of service of process. Dkt. ## 5 at 1; 8 at 1.

ORDER - 1

Given the foregoing, the Court DISMISSES this action without prejudice. The Court STRIKES as moot the pending motions in this matter. *See* Dkt. ## 46, 49, and 50.

Dated this 13th day of May, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2